UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-0404-CIV-NESBITT

LEMUEL NORTH,

    Plaintiff,

vs.

**ORDER OF DISMISSAL**

BARBARA WARD, et al.,

    Defendants.
_____/

FILED by _____ D.C.
DEC -4 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This cause comes before the Court upon Plaintiff's Motion to Dismiss Complaint, filed November 26, 1996.

Plaintiff requests leave to voluntarily dismiss this action. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ."

Because no Defendant has served an answer or a motion for summary judgment, it is hereby **ORDERED** and **ADJUDGED** that:

    1. Plaintiff's Motion to Dismiss Complaint, filed November 26, 1996, is **GRANTED**.

    2. This action is **DISMISSED** without prejudice.

3. This case is **CLOSED** for administrative purposes, and all pending motions not otherwise ruled upon are **DENIED as moot**.

DONE and ORDERED in Chambers, Miami, Florida, this ___4___ day of December, 1996.

_____
LENORE C. NESBITT
UNITED STATES DISTRICT JUDGE

cc: Lemuel North, pro se